No. 60976.—Air Clearance Assn., Inc. *v.* United States, protest 276312–K (New York).

Opinion by Wilson, J.  At the trial, the memorandum to accompany invoice was received in evidence as exhibit 1, wherein the examiner of the involved merchandise reported that the articles in question are properly dutiable, as claimed. On the record presented, the claim of the plaintiff was sustained.